Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 644-2802
(800) 536-1071 facsimile
E-mail: Eyedz@gci.net

In The United States District Court

For The District of Alaska

BOBBY ITTA,

        Plaintiff,

vs.

PAULINE HARVEY, in her official capacity and individual capacity, as North Slope Borough School District Superintendent; and NORTH SLOPE BOROUGH SCHOOL DISTRICT.

        Defendant.

Case No. 4:20-cv-

**COMPLAINT FOR DAMAGES**

COMES NOW, Bobby Itta, the plaintiff above named, by and through her attorney, Isaac Derek Zorea, and complains as follows:

**I. JURISDICTION AND VENUE**

1.1. At all relevant times, plaintiff, Bobby Itta, was a resident of the Fourth Judicial District, State of Alaska, and was employed by the Qargi Academy, a Charter school operating within the North Slope Borough School District (NSBSD).

1.2. At all relevant times, defendant, Pauline Harvey, Superintendent of the North Slope Borough School District, had final decision making authority for personnel employed at the Non-Charter Schools within the District.

COMPLAINT FOR DAMAGES:
ITTA V. HARVEY, ET AL.        PAGE - 1 -

1.3. The North Slope Borough School District is a public school within the State of Alaska.

1.4. Venue is proper in the Fourth Judicial District.

## II. FACTUAL ALLEGATIONS

2.1. The Plaintiff in this lawsuit, Bobby Itta, was a teacher with Qargi Academy between July 29, 2020 and December 15, 2020. Qargi Academy is a Charter School, newly established on May 29, 2020, operating within the North Slope Borough School District.

2.2. In the years before her employment with Qargi Academy, Bobby Itta owned and operated a part-time business, Alaska Fur Cache. She also held an added duty contract with the North Slope Borough School District, not as a teacher, but as an Inupiat Dance instructor at Eben Hopson Middle School between August 2019 through May 2020.

2.3. As of May 2020, Bobby Itta was without employment and filed for unemployment benefits. She perform various contract work after May 2020. In June 2020, Ms. Itta learned of teacher positions being hired at Qargi Academy. On July 29, 2020, Mrs. Emily Roseberry Principal of Qargi, hired Ms. Itta as a teacher at the Academy.

2.4. At the time that she was hired at Qargi Academy, Ms. Itta was not an employee of the North Slope Borough School District.

2.5. The Qargi Academy was designed to be different from the traditional learning available at the North Slope Borough School District. It was designed to cater to the Inupiaq students within NSBSD, focusing on a return to traditions and culturally significant learning needs.

2.6. The Principal of Qargi Academy, Mrs. Roseberry happened to be Bobby Itta's Aunt. When discussing Qargi Academy to Ms. Itta, Mrs. Roseberry

COMPLAINT FOR DAMAGES:
ITTA V. HARVEY, ET AL.                                                                                         PAGE - 2 -

explained that per Alaska Statute § 14.03.255(a), the Qargi Academy operated like a school in the NSBSD, except that it was exempt from NSBSD's textbooks, programs, curriculum, and scheduling requirements. Also, the Qargi was exempt from the authority of the NSBSD's Superintendent.

2.7. At all relevant times to this lawsuit, the NSBSD's Superintendent was Defendant Pauline Harvey, who, per AS § 14.14.130(c), had authority over the administration of all the schools in the NSBSD except for Qargi Academy. Per Alaska Statute § 14.03.255(a)(2), the administrative control for the Qargi Academy resided with Principal Roseberry. The Qargi Academy Principal was to be selected by the school's Academic Policy Committee (APC). Once selected, the Qargi Principal was authorized to select, appoint, or otherwise supervise employees of the charter school.

2.8. Shortly after being hired, Bobby Itta learned that the administrative assistant for Qargi Academy was Michelle Kawa Danner. Bobby Itta knew Ms. Danner prior to working at Qargi. In fact, the two were friends on Facebook.

2.9. Bobby Itta had also had a previous encounter with Ms. Danner, dealing with unfounded rumors about her that had been circulating around Utqiagvik, Alaska steaming from a nasty separation Ms. Itta was going through during late 2018 through Present.

2.10. In early-2019, Ms. Itta had sought a restraining order against her abusive husband, which created a great deal of emotional upheaval for her eldest daughter. This daughter made an allegation against Ms. Itta concerning one of her high school friends, alleging that a sexual relationship had developed. When this allegation was made, the Office of Children's Services (OCS) and the Utqiagvik police department became involved. A significant investigation was conducted into the allegation.

COMPLAINT FOR DAMAGES:
ITTA V. HARVEY, ET AL. PAGE - 3 -

2.11. By May 2020, the Office of Children's Services had concluded its investigation concluding that the allegations were unsubstantiated. The OCS, which had briefly taken custody of Ms. Itta's children, returned custody of the children to her. Additionally, the Utqiagvik police had completed its investigation and decided that there was no evidence to support allegations against Ms. Itta.

2.12. On June 19, 2020, Michelle Kawa Danner actually commented to Ms. Itta on Facebook. Ms. Danner stated that she had heard that there was a rumor about her and a high schooler going around town, saying that she heard it from her own brother. Ms. Danner, however, said she knew the rumors were false and she wanted to say she was sorry for the stress Bobby Itta must be under because of the rumors. Ms. Itta thanked Danner in the Facebook post.

2.13. When Bobby Itta interacted with Ms. Danner at Qargi, however, tension seemed to develop concerning a gift to Qargi Academy of furs, that happened to have been purchased from Bobby Itta's Alaska Fur Cache. Ms. Danner falsely believed that Ms. Itta should not have been able to bid on the furs, that were eventually gifted from the Native Village of Barrow, that were to be used for all of Qargi Academy students. These furs were for all classrooms at Qargi.

2.14. On August 28, 2020, Ms. Danner learned that Ms. Itta had been granted the bid to provide the furs that the Native Village of Barrow was to gift to Qargi Academy. Ms. Itta could sense that Ms. Danner was upset over the fact that she had won the bid, but no significant outburst occurred at the time.

2.15. After August 28, 2020, Ms. Itta noticed that Ms. Danner was not coming into the Qargi Academy offices very often. The classes had not started yet, and so Ms. Danner said she was working from home.

2.16. On August 31, 2020, Ms. Danner was at the Qargi Academy offices, and Ms. Itta and her spoke. Ms. Danner told Bobby Itta that she had been applying

for other employment because she was unsure if the Qargi Academy was going to make enrollment. Bobby Itta's interactions with Ms. Danner seemed pleasant otherwise.

2.17. Unbeknownst to Bobby Itta, on Sunday, September 6, 2020, at 6:20pm, Superintendent Pauline Harvey sent a text message to Mrs. Roseberry telling her that she received a text message from an anonymous source claiming that a Ms. Itta was involved in an inappropriate sexual relation with a student under 18 years old. At the time that Superintendent Harvey sent her text to Principal Roseberry, Harvey was at her home in Utqiagvik, Alaska while Roseberry was out of town on business in Wainwright, Alaska.

2.18. During the September 6, 2020 text exchange with Superintendent Harvey, Mrs. Roseberry requested whether there existed any evidence to support the alleged relationship. Superintendent Harvey provided no information, and specifically told Mrs. Roseberry "you can do what you need to with the info." Superintendent Harvey also wrote to Roseberry "I will leave it in your hands...passing on a concern." After refusing to provide the phone number for the source, Superintendent Harvey wrote to Mrs. Roseberry: "so I would chat with" Ms. Itta.

2.19. After receiving the text message from Superintendent Harvey, Mrs. Roseberry contacted NSBSD Human Resource Manager Naomi Digitaki the following morning, informing her of what she learned. Per the Qargi Contract with the NSBSD, Qargi Academy shared the services of Ms. Digitaki. As such, on September 7, 2020 Mrs. Roseberry sent an instruction to Ms. Digitaki asking her to investigate the allegation against Ms. Itta.

2.20. Ms. Digitaki immediately started an investigation into the matter, calling Bobby Itta in for a meeting about the allegations against her. The meeting

between Bobby Itta and Ms. Digitaki was scheduled for September 8, 2020. Ms. Itta obtained representation from her union to attend the meeting.

2.21. On September 8, 2020, Bobby Itta showed up to work at Qargi Academy. She was very stressed. While at work, Ms. Itta and Ms. Danner were working together in a class room. Ms. Itta explained to Ms. Danner that she was stressed because someone had made a false allegation against her and she needed to meet with HR to discuss the issue. Michelle Kawa Danner consoled Bobby Itta, telling her that she should sue if someone is slandering her. Ms. Danner even suggested an attorney for Ms. Itta to call, if she wanted.

2.22. During the meeting with Ms. Digitaki, later in the day on September 8, 2020, Bobby Itta explained that the allegation being made against her sounded like the same ones that were made in March of 2020. Ms. Itta provided an OCS case number to Ms. Digitaki, explaining that an investigation was conducted and concluded in May 2020. Ms. Digitaki placed Ms. Itta on administrative leave until she could confirm the fact given to her.

2.23. On September 8, 2020, Michelle Kawa Danner sent a text to Qargi Principal Emily Roseberry, who was out of town on business. Ms. Danner claimed that she needed to report that she had information about an inappropriate sexual relationship between Bobby Itta and a high school student. Ms. Danner stated that she heard about the inappropriate behavior from her younger sibling many month ago, before Ms. Itta had started working in Qargi Academy. Ms. Roseberry thanked Ms. Danner for the information, but did not tell her that an investigation had already been started based on Superintendent Harvey's text message.

2.24. On September 10, 2020, Ms. Danner sent a message to Bobby Itta on Facebook, saying that she had observed inappropriate conduct between her and a high school student occurring during the summer. She also stated that she was going

to make a report of her new recollection – which completely contradicted the message she had previously sent Ms. Itta back in June 2020.

2.25. After sending the September 10, 2020 Facebook message to Bobby Itta, conveying her false claims about seeing her with a high school student, Ms. Danner next shared her lies with the North Slope Borough School District, the School board, and the Utqiagvik police department.

2.26. On September 14, 2020, Ms. Digitaki called Bobby Itta telling her that she would remain on paid administrative leave until OCS verified that her allegations had been investigated and that she had been cleared.

2.27. On September 16, 2020, Bobby Itta emailed a copy of the closed OCS case document that came from the State of Alaska, After doing so, Booby Itta expected to be able to return to work. Especially since the allegations dealt with alleged conduct that occurred before she was a teacher, and did not deal with any students at the Qargi Academy. Further, she had been already cleared of all wrong doings by the OCS and no police charges were ever made against her.

2.28. On September 22, 2020, after Naomi Digitaki had already completed her HR investigation into the allegations against her, Bobby Itta received an email from Bonnie Bull, attorney for the NSBSD, demanding that she participate in an investigation that was being conducted on behalf of the NSBSD. This new investigation did not go through Naomi Digitaki but was instead conducted by a law firm selected by Superintendent Pauline Harvey.

2.29. According to Alaska Statute § 14.14.135(c), the district Superintendent Pauline Harvey did not have administrative authority over any complaints against Qargi personnel. Nonetheless, Superintendent Harvey ordered Bobby Itta to attend a September 30, 2020 investigatory hearing into the allegations made to it by Michelle Kawa Danner. It is important to note that Bobby Itta was not

being investigated over the anonymous text that Superintendent Harvey received on September 6, 2020, which she did not follow up on, instead the investigation was based on Ms. Danner's similar complaint on September 10, 2020.

2.30. On September 30, 2020, Michelle Kawa Danner posted on Facebook false and defamatory allegations against Qargi Academy and also stated that it was corrupt that Bobby Itta received money for providing furs to her own classroom. In response to Ms. Danner's Facebook post, Bobby Itta posted that the allegations were false and that the furs were purchased in a competitive bid situation.

2.31. On October 1, 2020, Michelle Kawa Danner sent Bobby Itta a private Facebook message stating that she thought what Itta stated on Facebook was defamatory and if it was not taken down immediately she would sue Itta. Ms. Danner also falsely stated that she had snapchat photos of Itta with the high school student and would turn them over to the police if she did not take down the post. To date, no snapchat photos have ever been produced by Ms. Danner.

2.32. Ms. Danner's Facebook allegations prompted an independent audit of the fur transaction involving Ms. Itta. An independent law firm conducted the audit on behalf of Native Village of Barrow. Contradicting Danner, the audit concluded that Ms. Itta had provided the lowest bid, and was properly awarded the fur contract.

2.33. On October 20, 2020, Bonnie Bull produced a report of the NSBSD investigation into Bobby Itta that Superintendent Harvey had ordered. The investigation relied exclusively on hearsay testimony and lies told by Michelle Kawa Danner. Ms. Bull, acting on behalf of Superintendent Harvey, assumed the role of judge and jury and issued the false and defamatory statement that Bobby Itta had "engaged in a sexual relationship with a NSBSD student."

2.34. The October 20, 2020 Investigation Report by Ms. Bull was not the result of any due process hearing, permitted no cross examination of the witnesses,

and was filled with clearly false statements. In the Report, Ms. Bull stated that Bobby Itta had committed sexual abuse of a minor. It falsely stated that Bobby Itta had committed a felony sex crime. When Superintendent Harvey received this slanderous and false report, she authorized it to be published and shared with the NSBSD Board of Education. Superintendent Harvey did not share the report with Qargi's Principal Mrs. Roseberry, even though Bobby Itta was solely a Qargi employee.

2.35. According to Alaska Statute § 14.03.255(a)(2), Qargi's Principal Mrs. Roseberry, was the entity responsible for investigating any personnel complaints dealing with charter school employees. Per Alaska Statute § 14.14.130(c), the Superintendent's authority over a district did not apply to a charter school. This principle was codified in NSBSD policy 4000 and 6181. Superintendent Harvey, nonetheless, used NSBSD funds to hire an outside law firm to conduct an investigation that mirrored, sans due process, the investigation that could have been done by the Utqiagvik Police Department, if warranted.

2.36. On October 20, 2020, Superintendent Harvey shared the confidential investigation report with the entire NSBSD Board of Education, however, she did not share the report with Bobby Itta until November 4, 2020. On that date, Superintendent Harvey sent Bobby Itta a Notice of Proposed Termination, along with the report. In the Notice of Proposed Termination, Superintendent Harvey stated the following unfounded and defamatory statement: "The District has determined that you engaged in an act of immorality, which . . . constitutes a crime involving moral turpitude." Superintendent Harvey stated that Bobby Itta committed the crime of sexual abuse of a minor.

2.37. In the Notice of Proposed Termination that Superintendent Harvey sent to Bobby Itta, it informed her that she needed to attend a pre-termination

COMPLAINT FOR DAMAGES:
ITTA V. HARVEY, ET AL.                                                                                    PAGE - 9 -

Case 4:21-cv-00010-SLG   Document 1   Filed 05/28/21   Page 9 of 16

hearing – scheduled for November 18, 2020. This Notice of Proposed Termination was not sent to Principal Roseberry at Qargi Academy, even though Bobby Itta was employed at the Qargi and not at any of the NSBSD schools over which the Superintendent had authority.

2.38. On November 18, 2020, Superintendent Harvey conducted a pre-termination hearing for Bobby Itta. Outwardly this hearing appeared to permit Ms. Itta an opportunity to respond to charges against her. However, this pre-termination hearing was an unlawful violation of Bobby Itta's due process rights because only Qargi's Principal, Emily Roseberry had the jurisdiction to determine whether or not Bobby Itta should be terminated.

2.39. On December 2, 2020, Principal Roseberry sent a letter to Superintendent Harvey through her attorneys, identifying significant concerns about the District's continuing violations of the Qargi Charter. Specifically in this letter, Principal Roseberry addressed the issue of Bobby Itta's employment. Principal Roseberry pointed out that per Alaska Statutes, NSBSD Policies, and the relevant By-Laws related to the contract between the North Slope Borough Board of Education and Qargi, Superintendent Harvey did not have any authority to terminate Bobby Itta's contract with Qargi Academy.

2.40. On December 14, 2020, Superintendent Harvey directed Naomi Digitaki to send to Bobby Itta a Notice of Non-Retention. In this notice, Superintendent Harvey informed Bobby Itta that she would not be retained in her teaching position at Qargi Academy for the 2021-2022 school year. This Notice of Non-Retention was not sent to Principal Roseberry or to the Qargi Academic Policy Committee. In a timely manner, Ms. Itta requested that Superintendent Harvey provide a statement of cause.

COMPLAINT FOR DAMAGES:
ITTA V. HARVEY, ET AL.   PAGE - 10 -

Case 4:21-cv-00010-SLG   Document 1   Filed 05/28/21   Page 10 of 16

2.41. On December 15, 2020, Superintendent Harvey sent Bobby Itta a Notice of Termination. In the notice, Superintendent Harvey stated that Bobby Itta was being dismissed for cause from her employment, effective immediately. Superintendent Harvey stated that the reason for the termination was that "You engaged in a sexual relationship with a North Slope Borough School student." The allegations in the notice of termination were defamatory, lacked any evidentiary support, and yet were placed in Bobby Itta's employment file.

2.42. In the Notice of Termination that Superintendent Harvey sent to Bobby Itta, it was stated that Ms. Itta had the right to request a hearing before the School Board. However, Bobby Itta had been deprived of her right to a fair hearing before the School Board because Superintendent Harvey had already sent on October 20, 2020 Bonnie Bull's investigation report, in which it was declared that Ms. Itta had committed the felony of sexual abuse of a minor.

2.43. When Superintendent Harvey sent Bobby Itta notice of her termination, she did not send a copy of the notice to Qargi's APC or to Qargi's Principal, Emily Roseberry.

2.44. On December 30, 2020, Superintendent Harvey sent to Bobby Itta the Statement of Cause for her non-retention. In the statement of cause, Superintendent Harvey stated that Ms. Itta was not being retained because she had sexual relations with a student. Superintendent Harvey also stated that Ms. Itta committed sexual abuse of a minor. She also stated that the "District cannot trust you to teach and supervise children." All of these statements by Superintendent Harvey were made even though Ms. Itta had never been charged with any crime, the Office of Children's Services was conducting no investigation into Ms. Itta, and the student allegedly abused specifically denied the District's allegations.

2.45. Even though Qargi Academy did not terminate Bobby Itta's employment, Superintendent Harvey instructed North Slope Borough School District payroll to stop paying Ms. Itta. Further, Superintendent Harvey informed State of Alaska licensing of Ms. Itta's termination.

2.46. Superintendent Harvey has defamed Bobby Itta, intentionally interfered with her contract with Qargi Academy, and placed a permanent impediment to her ability to ever work again as a teacher. By her conduct, Superintendent Harvey violated Ms. Itta presumption of innocence, and violated her rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

2.47. This lawsuit has been filed based on the egregious and illegal conduct by Superintendent Harvey, and the North Slope Borough School District.

### III. CLAIM FOR RELIEF

**A. VIOLATION OF 42 USC 1983: FIFTH AMENDMENT AND FOURTEENTH DUE PROCESS VIOLATIONS BY NSBSD SUPERINTENDENT HARVEY.**

3.1. Bobby Itta incorporates all the facts and allegations within the paragraphs listed above, 2.1 through 2.47.

3.2. Plaintiff Bobby Itta affirms, and states, that she agreed to employment for the 2020 and 2021 school year as a teacher at Qargi Academy, a charter school within the North Slope Borough School District.

3.3. Plaintiff Bobby Itta affirms, and states, that she was hired by the Principal Emily Roseberry, who was provided hiring authority from the Academic Policy Committee of Qargi Academy, in compliance with Alaska Statutes, Qargi Charter Contract and APC Bylaws.

3.4. Plaintiff Bobby Itta affirms, and states, that as a public employee for Qargi Academy, she possessed a property interest in her continued employment.

Further, she states that her enjoyment in the property right to her job, also entitled her to enjoy this right without interference from other governmental agents, except by due process of law.

3.5. Plaintiff Bobby Itta affirms, and states, that as a public employee she was entitled to all the protections afforded her by the Fifth Amendment to the United States Constitution. She further states that she has never been permitted a trial by jury or the presumption of innocence for the criminal allegations that Superintendent Harvey stated that she committed.

3.6. Plaintiff Bobby Itta affirms, and states, that per Alaska Statute § 14.03.255(a)(2), and North Slope Borough School District Board of Education policy 4000 and 6181, Charter schools, like Qargi Academy, are not under the direction or control of the District's Superintendent.

3.7. Plaintiff Bobby Itta affirms, and states, that at the time she was hired by Qargi's Principal, Emily Roseberry, she was not otherwise an employee of the North Slope Borough School District. Further, when Ms. Itta sought employment with Qargi Academy, there was no requirement that her employment was contingent on first being an employee of the District.

3.8. Plaintiff Bobby Itta affirms, and states, that at no time during her employment as Qargi Academy Teacher did she ever engage in any sexual activity with any student of Qargi Academy, nor with any student of the North Slope Borough School District. Further, when she applied for her job at Qargi Academy she answered all questions on her application accurately, was not under any criminal investigation, nor any investigation by OCS. Finally, Ms. Itta submitted to all required criminal background checks and was cleared for employment before beginning her job with Qargi Academy.

3.9. Plaintiff Bobby Itta affirms, and states, that despite the slanderous allegations made against her by Bonnie Bull and Superintendent Harvey, she has not at any time violated the State of Alaska Code of Ethics, nor any obligation as a teacher under Alaska law.

3.10. Plaintiff Bobby Itta affirms, and states, that by executing a Notice of Non-Retention and Notice of Termination against her, Superintendent Harvey acted under color of State authority, and deprived Ms. Itta of her rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

3.11. Plaintiff Bobby Itta affirms, and states, that Superintendent Harvey deprived her of her Fifth Amendment Rights when she premised her Notice of Non-Retention and Notice of Termination upon an investigation by a hired law firm, that relied on a civil burden of proof but applied this burden of proof to allegations of criminal matters.

3.12. Plaintiff Bobby Itta affirms, and states, that Superintendent Harvey deprived her of her rights under the Fifth and Fourteenth Amendments when she used her position of authority over NSBSD finances to unlawfully terminate Ms. Itta's employment, on her own assumed authority, when the authority to terminate her employment actually resided with Qargi's Principal Emily Roseberry.

3.13. Plaintiff Bobby Itta also affirms, and states, that Superintendent Harvey deprived her of her rights under the Fifth and Fourteenth Amendments when Superintendent Harvey authorized an investigation into complaints by a Qargi employee (Michelle Kawa Danner), and the Investigation Report contained clearly defamatory statements about Ms. Itta that Harvey then published to the NSBSD Board of Education, thereby labeling Ms. Itta as a felon, all the while knowing that no criminal charges had been filed against Ms. Itta.

3.14. As damages for the conduct alleged above, plaintiff, Bobby Itta, seeks all remedies available under 42 USC § 1983, including but not limited to payment of all lost compensation, including future pay, reinstatement, penalties, liquidated damages, emotional harm, loss of reputation, and attorney fees.

3.15. Additionally, as remedy for the conduct alleged above, plaintiff, Bobby Itta seeks punitive damages against Superintendent Harvey for her offenses taken in her individual capacity.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, Bobby Itta, requests judgment against defendant Pauline Harvey, in her individual and official capacity as Superintendent, and the North Slope Borough School District, as follows:

1. Full and complete payment by Defendants, jointly and individually, of all compensation and benefits Bobby Itta would have earned in her position as Qargi Teacher, including future loss wages and benefits premised on her working until retirement as a Qargi Academy teacher;

2. Payment by Defendants, jointly and individually, for all emotional distress losses, future employment losses, losses to reputations, and all penalties permitted against them under Section 1983, but additionally any penalties and/or liquidated damages permitted under Alaska law or other federal law.

3. Against Superintendent Pauline Harvey, in her individual capacity, Bobby Itta seeks punitive damages based on the egregiousness of her actions.

4. Actual reasonable attorney fees permitted under 42 USC 1983, and 42 USC § 1988.

5. Plaintiff Bobby Itta further seeks such other relief as the court may deem just and proper based on the egregious nature of defendants' conduct.

Dated this 28th day of May 2021.

                                        S/ Isaac Zorea
                                        Law Offices of Isaac D Zorea
                                        P.O. Box 210434
                                        Anchorage, AK 99521
                                        Telephone: (907) 830-1385
                                        Facsimile: (800) 536-1071
                                        E-mail: Eyedz@gci.net